**From:**
Thomas H. Billingslea, Jr.
402 West Broadway, Suite 1350
San Diego, CA 92101
Billingslea@THB.coxatwork.com

Date: 01/24/2023

**To:**
JOY LUZEIL MONTES LAO
PO BOX 710513
SAN DIEGO, CA 92171

Case No. 20-05199-LT

XXX-XX-0637

This is your Periodic Report of your case, our records indicate the following:

| | |
|---|---|
| Bar Date: | Feb 18, 2021 |
| You have paid the Trustee a total of: | $66,636.00 |

Over the past twelve calendar months, we have received the following payments:

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| [02/22/2022 | 335 | $2,468.00] | [03/16/2022 | 333 | $2,468.00] | [04/19/2022 | 334 | $2,468.00] |
| [05/16/2022 | 337 | $2,468.00] | [06/14/2022 | 338 | $2,468.00] | [07/19/2022 | 339 | $2,468.00] |
| [08/12/2022 | 340 | $2,468.00] | [09/16/2022 | 341 | $2,468.00] | [10/07/2022 | 345 | $2,468.00] |
| [11/08/2022 | 347 | $2,468.00] | [12/09/2022 | 348 | $2,468.00] | [01/10/2023 | 349 | $2,468.00] |

Your balances are:

| Name | Claim Amount | Principal Paid | Interest Paid |
|---|---|---|---|
| AMERICAN EXPRESS | $1,192.77 | $351.21 | $0.00 |
| CALIFORNIA COAST CU | $21,808.75 | $6,421.47 | $0.00 |
| Capital One Auto Finance | $23,283.71 | $23,283.71 | $580.51 |
| CAVALRY PORTFOLIO SERVICES LLC | $10,990.69 | $3,236.15 | $0.00 |
| CAVALRY PORTFOLIO SERVICES LLC | $1,183.67 | $348.53 | $0.00 |
| FRANCHISE TAX BOARD | $1,613.82 | $1,613.82 | $0.00 |
| FRANCHISE TAX BOARD | $178.56 | $28.96 | $0.00 |
| INTERNAL REVENUE SERVICE | $2,760.68 | $2,760.68 | $0.00 |
| INTERNAL REVENUE SERVICE | $33.04 | $0.00 | $0.00 |
| Jefferson Capital Systems | $1,225.26 | $360.77 | $0.00 |
| JON COOPER | $0.00 Not Filed | $0.00 | $0.00 |
| JOY LUZEIL MONTES LAO | $0.00 Not Filed | $0.00 | $0.00 |
| National Credit Adjusters, LLC | $4,553.42 | $1,340.73 | $0.00 |
| National Credit Adjusters, LLC | $411.05 | $84.79 | $0.00 |
| Navy Federal Credit Union | $32,635.12 | $9,609.22 | $0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | $862.76 | $254.04 | $0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | $2,866.49 | $844.03 | $0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | $2,312.17 | $680.81 | $0.00 |
| Quantum3 Group | $2,015.76 | $593.53 | $0.00 |
| Quantum3 Group LLC | $2,985.15 | $878.97 | $0.00 |
| Resurgence Legal Group PC | $15,085.23 | $4,441.76 | $0.00 |
| RESURGENT CAPITAL SERVICES | $980.76 | $288.78 | $0.00 |

Debtor Name: JOY LUZEIL MONTES LAO			Page 2
Case Number: 20-05199-LT

| Name | Claim Amount | Principal Paid | Interest Paid |
|---|---|---|---|
| SCHEDULED UNSECURED DEBTS | $0.00<br>Not Filed | $0.00 | $0.00 |

There are various reasons which could affect a pay-off calculation for a case. Illustration include (i) a late claim, (ii) a claim that was not identified until our pre-close audit, (iii) where your plan provides unsecured creditors to receive the greater of a designated percentage or a pro-rata share and a final reset has not occurred, (v) where the debtor's plan is scheduled to complete in less that your Applicable Commitment Period and provided for less than 100% dividend to unsecured creditors, the Trustee reserves the right to modify said plan.

Sincerely,

/s/ Thomas H. Billingslea, Jr.
Chapter 13 Trustee
Billingslea@THB.coxatwork.com

JON COOPER
3110 Camino Del Rio South, Suite 315
San Diego, CA 92108

Thomas H. Billingslea, Jr. [SBN 144483] Chapter 13 Trustee
402 West Broadway, Suite 1350
San Diego, CA 92101
(619) 233-7525 (Phone)
(619) 233-7267 (Fax)
billingslea@thb.coxatwork.com (email)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

In re:

LAO

    Debtor.

Case No.: 2005199-LT-13

CERTIFICATE OF SERVICE
PERIODIC REPORT TO DEBTOR

    I, Frank Pizzo, am employed at the office of Thomas H. Billingslea, Jr., Chapter 13 Trustee. I am over the age of eighteen and am not a party to the within action. The Trustee's business address is: Thomas H. Billingslea, Jr., Chapter 13 Trustee, 402 West Broadway, Suite 1350, San Diego, CA 92101.

    I served the document described as: **PERIODIC REPORT TO DEBTOR** enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail to the address indicated on page 1 of the Periodic Report To Debtor in the upper left-hand corner. Debtor's Counsel, indicated on the last page of the Periodic Report To Debtor in the upper left-hand corner, will be served by the Court via Notice of Electronic Filing ("NEF") and hyperlink to the document.

    I declare under penalty of perjury that the foregoing is true and correct.

Dated: 1/27/2023
    San Diego, California

                                                       Frank Pizzo, for
                                                       Thomas H. Billingslea, Jr.
                                                       Chapter 13 Trustee